EMIL GOEBELBECKER, CLAIMANT-PETITIONER, v. BOARD OF REVIEW, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Mr. Peter Cammelieri,* for the petitioner.

*Messrs. Smith, James & Mathias* for the respondents.

February 23, 1959. Denied.

ESTHER PEARLSTEIN, PLAINTIFF-PETITIONER, v. SHER-WOOD LEEDS, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 52 *N. J. Super.* 450.

*Mr. Alfred Brenner* for the petitioner.

*Messrs. Carpenter, Bennett & Morrissey, Mr. Richard H. Hughes* and *Mr. N. Louis Paladeau* for the respondents.

February 23, 1959. Denied.